James K. RIDLING *v.* STATE of Arkansas

702 S.W.2d 811

Supreme Court of Arkansas
Opinion delivered February 10, 1986

*Wayne Emmons* and *John W. Leach*, for appellant.

No response.

PER CURIAM. Appellant, James K. Ridling, by his attorney, has filed for a rule on the clerk.

His attorney, John W. Leach, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.

PURTLE, J., not participating.